United States District Court
Southern District of Texas
**ENTERED**
July 06, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

UNITED STATES OF AMERICA
      Plaintiff

v.            Case No.: 5:21–po–00008
            Magistrate Judge Christopher dos Santos

William Martinez–Lopez
      Defendant

---

## JUDGMENT

On **July 6, 2021**, the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering the United States illegally at a place other than as designated by the immigration officers, in violation of 8 U.S.C. 1325(a)(1), as charged in the Criminal Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to time served.

Based on the Government's motion, the Court finds that reasonable efforts to collect the $10.00 special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

DONE at Laredo, Texas, on **July 6, 2021**.

Christopher dos Santos
United States Magistrate Judge